**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

CHRISTIAN NICOLAS LOPEZ GIACOSA, et al.,

      Plaintiffs,

v.                                      Action No. 2:25cv438

JEFFREY J. DINISE, et al.,

      Defendants.

## **O R D E R**

This matter is before the Court on defendants' motion for leave to file the administrative record under seal pursuant to Local Civil Rule 5. ECF No. 32. No opposition has been filed and the time to file has expired.

The Court **GRANTS** the motion to seal, and **ORDERS** that the administrative record, ECF No. 34, should remain sealed until forty-five (45) days after the final resolution of this matter and then, returned to counsel.

Having considered the memorandum in support of the motion to seal, and having determined that this administrative record contains the personal information of plaintiff Christian Nicolas Lopez Giacosa, this Court makes the following findings of fact and conclusions of law.

Local Civil Rule 5 supports the sealing of the abovementioned documents. There are three requirements for sealing court filings: (1) public notice with an opportunity to object; (2) consideration of less drastic alternatives; and (3) a statement of specific findings in support of a decision to seal and rejecting alternatives to sealing. *See, e.g., Flexible Benefits Council v.*

*Feltman*, No. 1:08cv371, 2008 WL 4924711, at *1 (E.D. Va. Nov. 13, 2008) (citing *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000). Defendants have met the public notice requirement by filing a separate public notice of the motion to seal for docketing. ECF No. 31. Public notice of the motion to seal is satisfied by docketing the motion "reasonably in advance of deciding the issue." *See In re Knight Publ'g Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Additionally, there are no less drastic alternatives that appropriately enable defendants to preserve the confidential nature of these materials. Accordingly, the Court **GRANTS** the motion to seal the administrative record.

The Clerk is **DIRECTED** to forward copies of this order to all counsel of record.

_____
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
May 18, 2026

2